UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEO ADAMS

        PLAINTIFF,                  CASE NO.    06-10776

V.                                         HONORABLE ARTHUR J. TARNOW
                                              UNITED STATES DISTRICT JUDGE

COMMISSIONER OF SOCIAL SECURITY,

                                              MAGISTRATE JUDGE
        DEFENDANT.           DONALD A. SCHEER
                                    /

### ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION [D/E # 10], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [D/E # 8], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [D/E # 9]

      The Court having reviewed the Magistrate Judge's Report and Recommendation filed July 31, 2006, as well as the administrative record, and having received no objections from either side,

      **IT IS HEREBY ORDERED** that the Report is accepted and entered as the findings and conclusions of this Court.

      As a result, the Plaintiff's Motion for Summary Judgment is **DENIED**, Defendant's Motion for Summary Judgment is **GRANTED**, and the case is **DISMISSED**.

                                        s/Arthur J. Tarnow
                                        Arthur J. Tarnow
                                        United States District Judge

Dated: November 28, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 28, 2006, by electronic and/or ordinary mail.

                                        s/Theresa E. Taylor
                                        Case Manager